United States District Court
Southern District of Texas
**ENTERED**
October 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MONICA GARCIA § § Plaintiff, § § v. § § NOBE-NASH, INC. and VANCE NOBE and § ROBIN CAVINDER-NASH, Individually, § § Defendants. § | Civil Action No. 4:16-cv-00321 |

## FINAL JUDGMENT

On October 30, 2017, the Court considered Plaintiff's Motion for Default Judgment against Defendant, Nobe-Nash, Inc.

After considering the Plaintiff's Motion, the exhibits filed in support of the motion, the Court's orders, the Court's file, the Plaintiff's Arguments and Authorities, the testimony and declaration of Ms. Garcia, and the declaration of Mr. Filteau, the Court GRANTS the Motion for Default Judgment and renders judgment for Plaintiff and against Nobe-Nash, Inc., as follows:

1. Damages for unpaid overtime in the amount of $15,712.50;

2. An additional equal amount as liquidated damages for unpaid overtime, in the amount of $15,712.50;

3. Attorney's fees in the amount of $45,441.00;

4. Attorney's fees for successfully defending an appeal to the Fifth Circuit Court of Appeals $ 10,000

5. Attorney's fees for successfully defending an appeal to the United States Supreme Court $ 15,000.00

7.  Post-Judgment interest at the rate of __1.41__ %; and

8.  Court costs.

SIGNED on the __30th__ day of __October__, 2017.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

*/s/Robert J. Filteau*
Robert J. Filteau
State Bar No. 06997300
Fed. I.D. No. 3540
9894 Bissonnet Street, Suite 865
Houston, Texas  77036
(713) 236-1400 (Telephone)
(713) 236-1706 (Telecopier)

ATTORNEY-IN-CHARGE FOR PLAINTIFF,
MONICA GARCIA

OF COUNSEL:

THE LAW OFFICES OF FILTEAU & SULLIVAN, LTD., LLP
9894 Bissonnet Street, #865
Houston, Texas  77036
(713) 236-1400 (Telephone)
(713) 236-1706 (Telecopier)

And

John A. Sullivan III
State Bar No. 19483500
Fed. I.D. No. 1398
9894 Bissonnet Street, #865
Houston, Texas  77036
(713) 236-1400 (Telephone)
(713) 236-1706 (Telecopier)